UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MIDWEST-CBK, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Before: Jennifer Choe-Groves, Judge<br><br>Consol. Court No. 17-00154 |

### SEVENTH AMENDED SCHEDULING ORDER

Before the court is the Consent Motion to Amend the Sixth Amended Scheduling Order, ECF No. 59 ("Defendant's Motion" and "Def. Mot."). All parties consented to Defendant's Motion. See Def. Mot. at 1. Upon consideration of Defendant's Motion, and all other papers and proceedings in this action, it is hereby

**ORDERED** that Defendant's Motion is granted; and it is further

**ORDERED** that Phase One of this action shall proceed according to the following schedule:

1. Responsive briefs to dispositive motions shall be filed on or before September 24, 2021;

2. Reply briefs shall be filed on or before October 15, 2021; if the responsive brief included a dispositive cross-motion, the response to the cross-motion shall be filed on or before October 29, 2021;

3. Reply briefs to a dispositive cross-motion shall be filed on or before November 19, 2021;

    4. Any motion for oral argument shall be filed on or before November 26, 2021; and it is further

**ORDERED** that proceedings regarding Phase Two of this action are stayed until fourteen (14) days after the court's decision in Phase One; and it is further

**ORDERED** that the Parties shall submit a joint status report and scheduling order within fourteen (14) days of the court's decision in Phase One.

While the court considers timely extension requests based on a showing of good cause, the Parties should seek to limit the need for extensions to short periods to address unexpected conflicts. The court notes that this is the seventh amendment to the scheduling order after numerous requests for extensions of time, and that this case has been pending before the court for over four years, since the summons was filed on June 21, 2017. The court will grant no further extensions for response briefs to be filed. The court notes that the Parties proposed the dates in this order and expects that the Parties will be able to meet these deadlines.

                                                 /s/ Jennifer Choe-Groves
                                                 Jennifer Choe-Groves, Judge

Dated:   September 10, 2021
           New York, New York