**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE**

------------------------------------------------------------------ X
**MIDWEST-CBK, LLC.,**              :
                                     :
    **Plaintiff,**                  :
                                     :
    *v.*                            :   No. 17-cv-00154
                                     :
**UNITED STATES,**                   :
                                     :
    **Defendant.**                 :
------------------------------------------------------------------ X

## NOTICE OF APPEAL

Notice is hereby given that plaintiff, Midwest-CBK, LLC., Inc., in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered on October 20, 2023 (Slip Op. 23-154).

        Respectfully submitted,

        NEVILLE PETERSON LLP

/s/ John M. Peterson
    John M. Peterson
    Patrick B. Klein
    One Exchange Plaza
    55 Broadway, Suite 2602
    New York, NY 10006
    (212) 635-2730
    jpeterson@npwny.com

Dated:  November 8, 2023